IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA,  )
                           )     CRIMINAL ACTION NO.
     v.                    )        2:17cr337-MHT
                           )           (WO)
GILBERTO SANCHEZ          )

OPINION AND ORDER

Defendant Gilberto Sanchez was convicted of
conspiracy to distribute controlled substances, health
care fraud, and money laundering. After the
conviction, the government moved for entry of a final
order of forfeiture. Sanchez's wife, Maria Sanchez,
filed a claim of interest as to a portion of the money
found during a search of the couple's home, and the
government moved to strike the claim as untimely. This
case is now before the court on the recommendation of
the United States Magistrate Judge that the
government's motion for a final order of forfeiture and
its motion to strike the claim of Maria Sanchez be
granted. There are no objections to the
recommendation. Upon an independent and de novo review

of the record, the court concludes that the recommendation should be adopted.

***

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 151) is adopted.

(2) The government's motion to strike the claim of Maria Sanchez (doc. no. 134) is granted, and the claim is struck.

(3) The government's motion for a final order of forfeiture (doc. no. 126) will be granted in a separate order to follow.

DONE, this the 17th day of July, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE