IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:17cr337-MHT |
| | ) | (WO) |
| **GILBERTO SANCHEZ** | ) | |

*FINAL ORDER OF FORFEITURE*

**WHEREAS**, on August 29, 2018, this court entered a preliminary order of forfeiture (doc. no. 101) ordering defendant Gilberto Sanchez to forfeit his interest in the following property to the United States: $ 24,502.00 seized on August 1, 2017, during the execution of a federal search warrant at 1117 Bargainer Road, Cecil, Alabama, and a forfeiture money judgment in the amount of $ 3,521,599.42;

**WHEREAS**, the United States has duly published notice (doc. no. 111) of the preliminary order of forfeiture, and has also provided direct notice of the order to potential third parties, to include Attorney David McKnight and Maria Sanchez (doc. nos. 104, 114); and

**WHEREAS**, no third-party petitions have been filed claiming ownership to the forfeited assets, and the time for these, and all other third parties to file such claims, has expired.

It is therefore ORDERED that the government's motion for a final order of forfeiture (doc. no. 126) is granted as follows:

(1) As a result of the guilty plea to Counts 1 through 5 of the felony information (doc. no. 60), defendant Gilberto Sanchez shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from proceeds defendant Sanchez obtained directly or indirectly as a result of the offenses in violation of 21 U.S.C. § 846; and pursuant to 18 U.S.C. § 982(a)(1) and (7), all property constituting or derived from proceeds defendant Sanchez obtained directly or indirectly as a result of the offenses in violation of 18 U.S.C. §§ 1347 and 1957(a), and any and all property used or intended to be used to commit and to facilitate the

commission of the offenses in violation of 18 U.S.C. §§ 1347 and 1957(a).

(2) The court has determined that the following property is subject to forfeiture pursuant to 21 U.S.C. § 853 and 18 U.S.C. §§ 982(a)(1) and (7); that defendant Sanchez has an interest in such property; and, that the United States has established the requisite nexus between such property and such offenses:

(a) Judgment: A money judgment in the amount of $3,521,599.42; and

(b) Currency: $ 24,502.00 seized on August 1, 2017, during the execution of a federal search warrant at 1117 Bargainer Road, Cecil, Alabama.

(3) All right, title, and interest in the forfeited assets is vested in the United States of America.

(4) The United States Marshals Service shall dispose of the forfeited assets in accordance with the law and this order.

(5) The court shall retain jurisdiction to enforce this order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

It is further ORDERED that the clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 17th day of July, 2019.

                                   /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**