IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:17cr337-MHT** |
| | ) | |
| **GILBERTO SANCHEZ** | ) | |

ORDER

It is ORDERED that, the government show cause, if any there be, by May 18, 2020, as to why defendant Gilberto Sanchez's motion for compassionate release (doc. no. 165) should not be granted.

In responding to the motion, the government shall, inter alia, attempt to determine independently and, in its written response, address and, if possible, provide evidence of the following:

(1) Whether defendant Gilberto Sanchez has complied with the exhaustion requirements of 18 U.S.C. § 3582(1)(A)(c); if not, whether he has and when he filed the required administrative petition to begin the process of requesting that a motion for compassionate release be filed on his behalf; and how many days on

average the prison administration is currently taking to rule on such petitions;

(2) Whether the government disputes defendant Sanchez's claims regarding his health conditions, and if so, on what basis;

(3) What steps the FPC Montgomery facility is taking to identify cases of COVID-19 in the facility;

(4) What steps the FPC Montgomery facility is taking to prevent the spread of COVID-19 in the facility;

(5) What special steps, if any, the FPC Montgomery facility is taking to protect defendant Sanchez from the danger of infection with COVID-19 in light of his health conditions, beyond those steps being taken for the prison population in general; and

(6) Regardless of exhaustion, whether the prison administration has independently considered defendant Sanchez for compassionate release, and what its decision was; and if not, whether and when it will

```
```
consider him.

DONE, this the 11th day of May, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

consider him.

DONE, this the 11th day of May, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**