IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CRIMINAL ACTION NO.** |
| v.    ) | **2:17cr337-MHT** |
| ) | **(WO)** |
| **GILBERTO SANCHEZ**     ) | |

### ORDER

It is ORDERED that defendant Gilberto Sanchez's motion to reconsider (doc. no. 179) the denial of his motion for compassionate release is denied.

***

Having considered the 18 U.S.C. § 3553(a) factors, as the court must on a compassionate-release motion filed pursuant to 18 U.S.C. § 3582(c)(1)(A), the court concludes that a sentence reduction is not warranted. While the court is concerned about the threat posed by the COVID-19 pandemic given defendant Sanchez's health conditions, *see United States v. Sanchez*, No. 2:17cr337-MHT, 2020 WL 3013515 (M.D. Ala. June 4, 2020), his offense was simply too egregious to warrant a sentence reduction from 145 months' imprisonment to

25 months' imprisonment, which is about what his sentence would be if his motion for compassionate release were granted today.  *See* 18 U.S.C. § 3553(a)(1) & (2)(A) & (B).  The court has considered that it could place Sanchez on home confinement in lieu of prison, but that does not alter the court's assessment.

DONE, this the 10th day of December, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE